```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

**SANDY GRACIANO,**

                 Plaintiff,         20-cv-7869 (JGK)

      - against -                <u>ORDER</u>

**MIDWAY ARMS, INC.,**

                 Defendants.

───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The plaintiff will file an amended complaint by **January 15, 2021**. The defendant will answer or move to dismiss by **January 29, 2021**. If the defendant moves to dismiss, the plaintiff will respond by **February 12, 2021** and the defendant will reply by **February 22, 2021**. If the defendant answers, the parties will file a Rule 26(f) report by **February 12, 2021**.

**SO ORDERED.**

**Dated:**    New York, New York
            December 22, 2020         /s/ John G. Koeltl
                                                      John G. Koeltl
                                       United States District Judge